UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TRAFFIC SAFETY DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:02-CV-636 |
| | ) | (VARLAN/GUYTON) |
| SAFETY BARRIERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants Safety Barriers, Inc., C. Reed Davis, and Karen D. Davis request an extension of time to reply to the plaintiff's response to the Motion for Protective Order and/or to Quash Notice of Deposition. For grounds, the defendants state that the motion involves complex discovery issues, and they request up to and including July 5, 2005 to file a reply. [Doc. 83]. Plaintiff opposes the defendants' motion. [Doc. 84].

For good cause shown, Defendant's Motion for Extension of Time [Doc. 83] is **GRANTED**. Defendants shall have up to and including **July 5, 2005** in which to file a reply.

Plaintiff filed a motion for an extension of time to file a response to the defendants' Motion for Protective Order and/or to Quash Notice of Deposition. [Doc. 75]. Plaintiff now seeks to withdraw that motion. [Doc. 77]. For good cause shown, the plaintiff's Motion for Withdrawal [Doc. 77] is **GRANTED**. Plaintiff's Motion for an Extension of Time [Doc. 75] is deemed **WITHDRAWN**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge