UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TRAFFIC SAFETY DEVICES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:02-CV-636 (VARLAN/GUYTON) |
| SAFETY BARRIERS, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on July 12, 2005 [Doc. 91]. There have been no timely objections to the Report and Recommendation by any party, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). After careful review of the matter, the Court is in agreement with Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. The Court **ACCEPTS IN WHOLE** the Report and Recommendation and **GRANTS** defendant's Motion to Bifurcate Trial [Doc. 67].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE